# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP.<br><br>This Document Relates To: ALL ACTIONS | Case No. 18-cv-01068-RGA<br><br>CLASS ACTION<br><br>CONSOLIDATED SHAREHOLDER LITIGATION |

### DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF <u>SECTIONS 14(a) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934</u>

Defendants Envision Healthcare Corp. ("Envision" or the "Company"), William A. Sanger, Christopher A. Holden, James D. Shelton, Michael L. Smith, Leonard M. Riggs, Carol J. Burt, Cynthia S. Miller, Kevin P. Lavender, Joey A. Jacobs, Steven I. Geringer, John T. Gawaluck, and James A. Deal (collectively, the "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiff's Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) because Plaintiff fails to state a claim upon which relief may be granted. The grounds in support of this motion are set forth more fully in Defendants' Opening Brief in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, filed contemporaneously herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Raymond J. DiCamillo* |
| OF COUNSEL: | Raymond J. DiCamillo (#3188) |
|  | Brian F. Morris (#6235) |
| Peter E. Kazanoff (*pro hac vice*) | RICHARDS, LAYTON & FINGER, P.A. |
| Craig S. Waldman (*pro hac vice*) | 920 North King Street |
| SIMPSON THACHER & BARTLETT LLP | Wilmington, Delaware 19801 |
| 425 Lexington Avenue | Telephone: (302) 651-7700 |
| New York, New York 10017 | Facsimile: (302) 651-7701 |
| Telephone: (212) 455-2000 |  |
| Facsimile: (212) 455-2502 | *Attorneys for Envision Healthcare Corporation,* |
|  | *William A. Sanger, Christopher A. Holden, James* |
| *Counsel for Envision Healthcare Corporation* | *D. Shelton, Michael L. Smith, Leonard M. Riggs,* |
|  | *Carol J. Burt, Cynthia S. Miller, Kevin P.* |
| Rachelle Silverberg | *Lavender, Joey A. Jacobs, Steven I. Geringer,* |
| WACHTELL, LIPTON, ROSEN & KATZ LLP | *John T. Gawaluck, James A. Deal* |
| 51 W. 52nd Street |  |
| New York, New York 10019 |  |
| Telephone: (212) 403-1299 |  |
| Facsimile: (212) 403-2299 |  |

*Counsel for William A. Sanger, Christopher A. Holden, James D. Shelton, Michael L. Smith, Leonard M. Riggs, Carol J. Burt, Cynthia S. Miller, Kevin P. Lavender, Joey A. Jacobs, Steven I. Geringer, John T. Gawaluck, James A. Deal*

Dated: February 11, 2019