# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP.<br><br>This Document Relates to: ALL ACTIONS | Case No. 1:18-cv-01068-RGA-SRF<br><br>CLASS ACTION<br><br>CONSOLIDATED STOCKHOLDER LITIGATION |

## LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF THE NOTICE TO THE CLASS

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341

*Lead Counsel for Lead Plaintiff*

Dated: October 15, 2020

**COOCH AND TAYLOR, P.A.**
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Delaware Counsel for Lead Plaintiff*

Pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e), Lead Plaintiff Jon Barrett ("Lead Plaintiff") respectfully moves this Court for an order: (1) preliminarily approving the terms of the proposed Settlement as set forth in the Stipulation; (2) conditionally certifying the Settlement Class for purposes of providing notice; (3) approving the form and method for providing notice of the proposed Settlement and Final Approval Hearing to the Settlement Class; and (4) scheduling the Final Approval Hearing at which the Court will consider the request for final approval of: (a) the proposed Settlement, (b) final certification of the Settlement Class, Lead Plaintiff, and Lead Counsel, (c) the proposed Plan of Allocation, and (d) Lead Counsel's application for an award of attorneys' fees and expenses, including any award to Lead Plaintiff for his representation of the Settlement Class.

In support of this Motion, Lead Plaintiff submits herewith the accompanying Brief.

Dated: October 15, 2020

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
          mschreiner@monteverdelaw.com

*Lead Counsel for Lead Plaintiff*

Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

/s/ *Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Delaware Counsel for Lead Plaintiff*