# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP.<br><br>This Document Relates to: ALL ACTIONS | Case No. 1:18-cv-01068-RGA-SRF<br><br>CLASS ACTION<br><br>CONSOLIDATED STOCKHOLDER LITIGATION |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
       mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**COOCH AND TAYLOR, P.A.**
Blake A. Bennett (#5133)
The Nemours Building
1007 N.Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Liaison Counsel for Lead Plaintiff and the Class*

Dated: January 12, 2021

Pursuant to Federal Rules of Civil Procedure Rule 23(a), 23(b)(3), and 23(e), Lead Plaintiff Jon Barrett ("Lead Plaintiff") respectfully moves this Court for an order: (1) finally approving the terms of the Settlement as fair, reasonable, and adequate; (2) certifying the Settlement Class, Lead Plaintiff as class representative, and Lead Counsel as class counsel for purposes of settlement; and (3) approving the Plan of Allocation.

In support of this Motion, Lead Plaintiff submits herewith the accompanying Brief, the Declaration of Juan E. Monteverde in Support of Lead Plaintiff's Motions for Final Approval of the Settlement and Plan of Allocation and Attorneys' Fees and Expenses and Service Award, and the exhibits attached thereto.

| | |
|---|---|
| Dated: January 12, 2021 | Respectfully submitted, |
| | **COOCH AND TAYLOR, P.A.** |
| **MONTEVERDE & ASSOCIATES PC** | |
| Juan E. Monteverde | /s/ *Blake A. Bennett* |
| Miles D. Schreiner | Blake A. Bennett (#5133) |
| The Empire State Building | The Nemours Building |
| 350 Fifth Avenue, Suite 4405 | 1007 N.Orange St., Suite 1120 |
| New York, NY 10118 | Wilmington, DE 19801 |
| Tel.: (212) 971-1341 | Tel.: (302) 984-3800 |
| Fax: (212) 202-7880 | |
| Email: jmonteverde@monteverdelaw.com | *Liaison Counsel for Lead Plaintiff and the Class* |
|       mschreiner@monteverdelaw.com | |
| | |
| *Counsel for Lead Plaintiff and Lead Counsel for the Class* | |

1