# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP.<br><br>This Document Relates to: ALL ACTIONS | Case No. 1:18-cv-01068-RGA-SRF<br><br>CLASS ACTION<br><br>CONSOLIDATED STOCKHOLDER LITIGATION |

## LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
         mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**COOCH AND TAYLOR, P.A.**
Blake A. Bennett (#5133)
The Nemours Building
1007 N.Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Liaison Counsel for Lead Plaintiff and the Class*

Dated: January 12, 2021

Pursuant to Federal Rules of Civil Procedure Rule 23(h) and 15 U.S.C. § 78u-4, Lead Plaintiff Jon Barrett ("Lead Plaintiff") respectfully moves this Court for an order: (1) approving Plaintiff's Counsel's Fee and Expense Award; and (2) approving Lead Plaintiff's Service Award.

In support of this Motion, Lead Plaintiff submits herewith the accompanying Brief, the Declaration of Juan E. Monteverde in Support of Lead Plaintiff's Motions for Final Approval of the Settlement and Plan of Allocation and Attorneys' Fees and Expenses and Service Award, and the exhibits attached thereto.

Dated: January 12, 2021

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email:  jmonteverde@monteverdelaw.com
             mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

/s/ *Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N.Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Liaison Counsel for Lead Plaintiff and the Class*

1