**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP. | Case No. 1:18-cv-01068-RGA-SRF |
| | CLASS ACTION |
| This Document Relates to: ALL ACTIONS | CONSOLIDATED STOCKHOLDER LITIGATION |

**NOTICE OF AMENDMENT TO DEFINITION OF "RELEASED CLAIMS" IN STIPULATION OF SETTLEMENT**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**COOCH AND TAYLOR, P.A.**
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Liaison Counsel for Lead Plaintiff and the Class*

Dated: January 13, 2021

Lead Plaintiff Jon Barrett ("Lead Plaintiff") and Lead Counsel Monteverde & Associates PC ("Lead Counsel") hereby provide notice that, pursuant to paragraph 10.9 of the Stipulation of Settlement dated October 15, 2020 ("Stipulation") (D.I. 85), the parties to this action ("Action") have agreed to modify the definition of "Released Claims" set forth in paragraph 1.27 of the Stipulation and the corresponding language in the Order and Final Judgment, as reflected in the Amendment to Stipulation of Settlement (attached as Exhibit 1 hereto).

The parties to this Action explicitly excluded all claims currently asserted in the unrelated action captioned *In re Envision Healthcare Corp. Sec. Litig.*, Consolidated Case No. 3:17-cv-01112 (M.D. Tenn.) (the "Tennessee Action") from the original definition of "Released Claims" in the Stipulation. Nevertheless, in a letter dated December 11, 2020, lead counsel for the putative class in the Tennessee Action ("Tennessee Counsel"), asserted that the original definition of "Released Claims" insufficiently preserved the claims at issue in the Tennessee Action, and proposed revised language.

On December 15, 2020, Lead Counsel responded to Tennessee Counsel's December 11th letter, stating that the definition of "Released Claims" in the Stipulation expressly excluded the claims asserted in the Tennessee Action, and was further limited to four enumerated categories of claims, none of which could be reasonably interpreted to implicate the unrelated claims asserted in the Tennessee Action. Nevertheless, to avoid burdening the Court with further motion practice, the parties have agreed to the modified language set forth in the Amendment to the Stipulation of Settlement.

Lead Plaintiff and Lead Counsel submit that notice is not needed to inform the Class of the revision to the definition of "Released Claims", as the revised language does not "*adversely* affect class members." *In re Anthem, Inc. Data Breach Litig.*, 327 F.R.D. 299, 330 (N.D. Cal. 2018)

(collecting cases holding that new notice is not required unless the modification adversely affects class members); *Knuckles v. Mary Jane Elliott, PC*, No. 15-10175, 2016 U.S. Dist. LEXIS 94858, at *14-15 (E.D. Mich. July 20, 2016)(same, including three cases from courts within Third Circuit); *Zamora v. Ryder Integrated Logistics, Inc.*, No. 13CV2679-CAB BGS, 2014 U.S. Dist. LEXIS 184096, at *3 (S.D. Cal. Dec. 23, 2014) (granting final approval to a settlement agreement that included modified release language without requiring additional notice as the added language did not "broaden the release being provide"). Nevertheless, the Amendment to the Stipulation of Settlement has been added to the Class Administrator's website for the Settlement Class to be able to access it.

Dated: January 13, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Email: jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**COOCH AND TAYLOR, P.A.**

/s/ *Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Delaware Counsel for Lead Plaintiff*