## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENVISION HEALTHCARE CORP. | Case No. 1:18-cv-01068-RGA-SRF |
| | CLASS ACTION |
| This Document Relates to: ALL ACTIONS | CONSOLIDATED STOCKHOLDER LITIGATION |

## [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFF'S SERVICE AWARD

WHEREAS, the Court has granted Final Approval of the Settlement in the above-captioned class action;

WHEREAS, the Court has reviewed Lead Plaintiff's Motion for an Award of Attorneys' Fees and Expenses as well as a Service Award, and the Court has considered all papers filed in connection thereto and proceedings held on February 16, 2021;

NOW, THEREFORE, it is hereby ordered:

1.    Monteverde & Associates PC is awarded _⅓_ of the Settlement Fund, or $ _5,800,000_____, as attorneys' fees in this Action, together with a proportionate share of the interest earned on the Settlement Fund, at the same rate as earned by the balance of the Settlement Fund and, from the date of the establishment of the Settlement Fund to the date of disbursement.

2.    Monteverde & Associates PC shall be reimbursed $ _25,904. 80_____for its expenses and costs from the Settlement Fund.

3.    Lead Plaintiff Jon Barrett is awarded $ _10, 000_____ for time and expenses incurred in representing the Class from the Settlement Fund.

4.    Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and service award to Lead Plaintiff shall be paid in the manner and

1

procedure provided for in the Stipulation.

Dated: Feb 16_____, 2021

SO ORDERED:

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE